NATHAN PACKARD·et al., Respondents, *v.* LOUIS WINDHOLZ, Appellant.

*Packard* v. *Windholz,* 88 App. Div. 365, affirmed.
(Argued January 19, 1905; decided February 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1903, affirming a judgment of the Onondaga County Court which modified and affirmed as modified a judgment in favor of plaintiffs entered upon a decision of the Municipal Court of the city of Syracuse.

*Frank Hopkins* for appellant.

*Samuel Packard* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

WALTER J. CONWAY, Appellant, *v.* AUBURN CITY RAILWAY COMPANY, Respondent.

*Conway* v. *Auburn City Railway Co.,* 84 App. Div. 633, affirmed.
(Argued January 19, 1905; decided February 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Amasa J. Parker* for appellant.

*William Nottingham* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN and WERNER, JJ.; BARTLETT, J., dissents on the ground that plaintiff, as matter of law, was not guilty of contributory negligence. There was enough conflict in the evidence to require its submission to the jury.